IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN J. DOUGAN,

      Petitioner,              No. MISC S-11-0065 FCD DAD

    v.

UNITED STATES OF AMERICA,      ORDER

      Respondent.

_____/

      Petitioner has filed a petition to quash an Internal Revenue Service summons pursuant to 26 U.S.C. § 7609(b)(2).  In accordance with the related case order filed on July 27, 2011, this action has been reassigned to Senior U.S. District Judge Frank C. Damrell, Jr. and has been referred to the undersigned U.S. Magistrate Judge pursuant to Local Rule 72-302(c)(10).

      IT IS HEREBY ORDERED that:

      1. Petitioner shall serve a copy of his petition upon respondent, together with a copy of this order, within 30 days after this order is filed and shall file a certificate of such service within seven days after service is made.

      2. Within 28 days after service of process, respondent shall file and serve opposition to the petition as well as any appropriate motion.  Petitioner shall file and serve any reply to opposition as well as opposition to any motion within 28 days after the filing of

1

respondent's opposition and any motion.  Respondent shall file and serve any reply to petitioner's opposition to motion within 14 days after the filing of the opposition.   The matter will then stand submitted on the papers, unless a party includes a request for oral argument in any document filed pursuant to this order.

DATED: August 12, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.civil\dougan0065.petquash.serve