LAWRENCE G. BROWN
United States Attorney

MICHAEL G. PITMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-7938
Facsimile:   (202) 307-0054
Michael.G.Pitman@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Stephen J. Dougan,

    Petitioner,

         v.

United States of America,

    Respondent.

Civil No. 2:11-mc-65-FCD-DAD

STIPULATION AND ORDER EXTENDING TIME FOR RESPONDING TO PETITION

    Petitioner Stephen J. Dougan and Respondent the United States of America, through counsel and in accordance with Local Rule 144, hereby stipulate that the deadline for responding to the Petition shall be October 7, 2011.  The parties have not sought any prior extensions with respect to this matter.

    WHEREFORE, the parties hereby stipulate that the deadline for responding to the Petition shall be October 7, 2011.

1  Respectfully submitted this 23rd day of September, 2011.

|  |  |
|---|---|
| s/ Roberta A. Lindsey-Scott<br>ROBERTA A. LINDSEY-SCOTT<br>Banks & Watson<br>813 Sixth Street, Suite 400<br>Sacramento, CA 95814<br>Telephone: (916) 325-1000<br>Facsimile:   (916) 325-1004<br>jjb@banksfirm.com<br>rls@bw-firm.com<br><br>Counsel for Stephen J. Dougan | LAWRENCE G. BROWN<br>United States Attorney<br><br>s/ Michael G. Pitman<br>MICHAEL G. PITMAN<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C.  20044-0683<br>Telephone: (202) 305-7938<br>Facsimile:   (202) 307-0054<br>Michael.G.Pitman@usdoj.gov<br><br>Counsel for the<br>United States of America |

12  IT IS SO ORDERED this 23rd, day of September, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE