```
ROBERTA LINDSEY SCOTT (SBN 117023)
BANKS & WATSON
Hall of Justice Building
813 Sixth Street, Suite 400
Sacramento, CA  95814-2403
Telephone:  (916) 325-1000
Facsimile:   (916) 325-1004

Attorney for Petitioner
STEPHEN J. DOUGAN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. DOUGAN,<br><br>              Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Respondent. | Case No.: 2:11-mc-00065-JAM-DAD<br><br>STIPULATION AND ORDER FOR THIS COURT TO ADOPT THE FINDINGS AND RECOMMENDATIONS FROM CASE NO. 2:09-MC-00052-FCD-DAD AND APPLY THEM IN THIS CASE |

Petitioner Stephen J. Dougan ("Dougan") and Respondent the United States of America ("Respondent"), through counsel, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, in 2009 Dougan was notified by the Internal Revenue Service ("IRS") that it was auditing his federal tax returns for calendar years 2006 and 2007;

WHEREAS, on or about May 13, 2009, the IRS issued a Summons to third party First Northern Bank seeking Dougan's bank records which records identified his clients;

WHEREAS, Dougan hereby represents that, upon notification of the IRS' Summons, Dougan consulted with Ethics counsel to ascertain his duties and obligations to protect his clients' identities and personal information as required by California Rules of Professional Conduct, Rule 3-100 and Business & Professions Code section 6068(e);

1   WHEREAS, Dougan filed on or about June 2, 2009 a Petition to Quash the IRS Summons in this
2   Court pursuant to 26 U.S.C. section 7609(b)(2), case number No: 2:09-mc-00052-FCD-DAD ("*Dougan
3   I*").  The Petition sought to quash the Summons on the grounds of attorney-client privilege, privacy
4   rights and interests, Dougan's professional obligations to his clients and on the grounds that the names
5   and identities of Dougan's clients as identified in the documents subject to the Summons failed to meet
6   the standards of relevancy under 26 U.S.C. section 7602;

7   WHEREAS, Dougan hereby represents that he filed the Petition in *Dougan I* based on his good
8   faith belief and understanding of his professional duties to his clients under applicable law and on advice
9   of Ethics counsel;

10   WHEREAS, Respondent filed an Opposition to the Petition in *Dougan I* on July 2, 2009 and
11   Dougan filed a Reply thereafter;

12   WHEREAS, in 2011 Dougan was notified by the IRS that it was auditing his federal tax returns
13   for calendar years 2008 and 2009;

14   WHEREAS, on or about June 30, 2011, the IRS issued a Summons to third party First Northern
15   Bank, seeking Dougan's bank records which records identified his clients;

16   WHEREAS, on or about July 20, 2011, Dougan filed the Petition to Quash the IRS Summons
17   initiating this case, also pursuant to 26 U.S.C. section 7609(b)(2), ("*Dougan II*").  The Petition sought to
18   quash the Summons on the grounds of attorney-client privilege, privacy rights and interests, Dougan's
19   professional obligations to his clients and on the grounds that the names and identities of Dougan's
20   clients as identified in the documents subject to the Summons failed to meet the standards of relevancy
21   under 26 U.S.C. section 7602;

22   WHEREAS, this Court issued Orders of Related Cases in both *Dougan I* and *Dougan II* on July
23   27, 2011;

24   WHEREAS, United States Magistrate Judge Drozd issued Findings and Recommendations in
25   *Dougan I* on August 15, 2011, recommending that Dougan's Petition to Quash IRS Summons in
26   *Dougan I* be denied in its entirety and the action closed.  A true and correct copy of the Findings and
27   Recommendations is attached hereto as Exhibit A;

28

{00059520.DOC; 1 }                                             2

PDF created with pdfFactory trial version www.pdffactory.com

1 WHEREAS, no objections to the Findings and Recommendations having been filed in *Dougan I*,
2 this Court adopted them in full by Order dated September 21, 2011, denying Dougan's June 2, 2009
3 Petition to Quash IRS Summons and ordering the Clerk to close the case.  A true and correct copy of
4 said Order is attached hereto as Exhibit B; and
5 WHEREAS, Judgment was entered in *Dougan I* on September 21, 2011 in accordance with the
6 Court's Order filed September 21, 2011.  A true and correct copy of the Judgment is attached hereto as
7 Exhibit C:
8 WHEREFORE, the parties agree as follows:

**STIPULATION**

10 This case, and the Petition seeking to quash the IRS's 2011 Summons issued to First Northern
11 Bank, involve virtually identical contentions, issues and law as *Dougan I*.
12 Dougan was fully represented and had a full and fair opportunity to litigate in *Dougan I*.
13 The Findings and Recommendations issued and adopted in *Dougan I* shall apply with equal force
14 and effect to this case.
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

PDF created with pdfFactory trial version www.pdffactory.com

Wherefore, the parties respectfully request that the Court adopt and apply the Findings and Recommendations entered in *Dougan I* in full with respect to Dougan's July 20, 2011 Petition to Quash IRS Summons in this case (Doc. No. 1) and issue an Order and Judgment as appropriate in conformity therewith.

Respectfully submitted this 3rd day of October, 2011.

| | |
|---|---|
| BANKS & WATSON | BENJAMIN B. WAGNER<br>United States Attorney |
| /s/ Roberta Lindsey Scott<br>ROBERTA LINDSEY SCOTT<br>Banks & Watson<br>Hall of Justice Building<br>813 Sixth Street, Suite 400<br>Sacramento, CA  95814-2403<br>Telephone:  (916) 325-1000<br>Facsimile:   (916) 325-1004<br>jjb@banksfirm.com<br>rls@bw-firm.com | /s/ Michael G. Pitman<br>MICHAEL G. PITMAN<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683<br>Telephone:  (202) 305-7938<br>Facsimile:  (202) 307)0054<br>Michael.G.Pitman@usdoj.gov |
| Counsel for Stephen J. Dougan | Counsel for the<br>United States of America |

IT IS SO ORDERED this 4th day of October, 2011.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com